**BAKER & MCKENZIE**

Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036, USA

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakernet.com



RECEIVED
OCT 05 2010
CHAMBERS OF
SHIRA A. SCHEINDLIN
U.S.D.J.

**Asia Pacific**
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

**Europe & Middle East**
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Düsseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**North & South America**
Bogota
Brasilia
Buenos Aires
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

October 5, 2010

Marcella Ballard
Tel: +1 212 626 4664
Marcella.Ballard@Bakernet.com

By Fax (212) 805-7920

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

RE: ICQ (USA) Inc. v. Modern Testing Services, LLC. 10-Civ-6031 (SAS)

Dear Judge Scheindlin:

We represent Plaintiffs ICQ (USA) Inc. and Istituto Italiano Sicurezza dei Giocattoli S.r.l. (together, "ICQ") in the above-referenced matter which is before Your Honor. Pursuant to your scheduling order of September 1, 2010, we write to inform this Court that ICQ has not yet served the Complaint on the defendants in this matter, and that counsel for the defendants have not yet appeared in the action. Service has not yet been made because the parties have engaged in settlement negotiations which were anticipated to be completed prior to the date of the scheduled Pretrial Conference.

A settlement agreement is currently being negotiated between all parties. The parties therefore respectfully request an adjournment of the Pretrial Conference for 2 weeks, and fully anticipate that the conference will not be necessary because of settlement.

Sincerely,

Marcella Ballard

MB/jml

*[Handwritten note:]* Parties' joint request for adjournment of the pretrial conference for 2 weeks is hereby granted. The conference is rescheduled from 10/6 at 4:30 p.m. to 10/18 at 4:30 p.m. No further extensions will be granted. So ordered. Shira A. Scheindlin USDJ 10/6/10

cc: Robert P. Tedesco, counsel for MSR Laboratories LLC and Mark Simonds (via email at RTedesco@richmaylaw.com)

George W. Skogstrom, Jr., counsel for Modern Testing Services, LLC and Hojun Park (via email at gskogstrom@sabusinesslaw.com)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/10

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.