Marcella Ballard
Joi Michelle Lakes
BAKER & MCKENZIE LLP
1114 Avenue of the Americas
New York, NY 10036
(T) 212 626 4100
(F) 212 310 1600
marcella.ballard@bakermckenzie.com

*Attorneys for Plaintiffs*
*ICQ (USA) Inc. and Istituto Italiano Sicurezza dei*
*Giocattoli S.r.l.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ICQ (USA) Inc. and Istituto Italiano Sicurezza dei Giocattoli S.r.l.<br><br>Plaintiffs,<br><br>-against-<br><br>Modern Testing Services, LLC, MSR Laboratories, LLC, Hojun Park, and Mark Simonds,<br><br>Defendants. | Case No.  10-cv-6031 (SAS)<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

WHEREAS Plaintiffs ICQ (USA) Inc. ("ICQ (USA)") and Istituto Italiano Sicurezza dei Giocattoli S.r.l. ("IISG") (ICQ (USA) and IISG together, "ICQ") by their attorneys Baker & McKenzie LLP, and MSR Laboratories, LLC ("MSR") and Mark Simonds ("Simonds") (collectively "Defendants"), (collectively the "Parties"), by and through their attorneys, have settled fully and finally this matter, as reflected in formal settlement papers entitled "Settlement Agreement" ("Settlement Agreement");

WHEREAS, pursuant to the terms and conditions of the Settlement Agreement and Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties desire a dismissal with prejudice of all claims in this litigation;

1

NOW, THEREFORE, IT IS HEREBY AGREED AND STIPULATED AS FOLLOWS:

That the above-captioned action be and hereby is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated: October  5 , 2010 | Dated: October 5, 2010 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ Marcella Ballard | /s/ Robert P. Tedesco |
| _____ | _____ |
| Marcella Ballard<br>BAKER & McKENZIE LLP<br>1114 Avenue of the Americas<br>New York, NY 10009<br>T: 212.626.4100<br>F: 212.310.1600 | Robert P. Tedesco<br>RICH MAY<br>176 Federal Street<br>Boston, MA 02110-2223<br>T: 617.556.3802<br>F. 617.391.5702 |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| ICQ (USA) INC. AND ISTITUTO ITALIANO SICUREZZA DEI GIOCATTOLI S.R.L. | MSR LABORATORIES, LLC AND MARK SIMONDS |

**SO ORDERED**, this ___ day of _____, 2010

_____
HON. SHIRA A. SCHEINDLIN, U.S.D.J.